IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

HEIRS OF WILLIAM E. HODGE                                                                      PLAINTIFFS

V.                                                                         CIVIL ACTION NO. 2:07-CV-40-KS-MTP

KEVIN FLYNN, et al.                                                                           DEFENDANTS

## ORDER GRANTING MOTIONS TO COMPEL

THIS MATTER came before the court this day for a telephonic hearing on the motions [51][52] to compel discovery filed by defendant Jones County, Mississippi, and the court having considered the motions and the arguments of counsel finds that the motions should be granted.

IT IS, THEREFORE, ORDERED as follows:

1. Plaintiffs shall respond fully to the pending interrogatories, without objection, on or before September 5, 2008. Likewise, plaintiffs shall respond, without objection, to the pending requests for production of documents – and produce their responsive documents – on or before September 5, 2008.

2. Should plaintiffs fail to timely comply with this order, they may be precluded from offering evidence to support their claims or other sanctions or relief may be imposed. *See* Fed. R. Civ. P. 37.

3. The motions deadline is extended to September 19, 2008.

4. The alternative relief demanded in the motions is denied at this time.

SO ORDERED on this 29th day of August, 2008.

s/ Michael T. Parker
United States Magistrate Judge